**Order entered August 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00639-CV

### VILLAGE CRESTMONT HOUSTON USA, L.L.C. AND WEST CRESTMONT HOUSTON USA, L.L.C., Appellants

### V.

### JOSE J. GAITAN, INDIVIDUALLY AND D/B/A EC & J REMODELING & PAINTING, Appellees

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-04688

## ORDER

We **GRANT** appellants' August 5, 2015 third motion to enlarge the deadline for filing a supplemental clerk's record containing the trial court's written order from which this interlocutory appeal is taken to the extent we **ORDER** the record be filed no later than August 18, 2015. Because an appeal may be perfected only from a written order, not an oral ruling, we caution appellants the appeal may be dismissed without further notice if the record is not timely filed. *See* TEX. R. APP. P. 26.1; *In re Johnston*, 79 S.W.3d 195, 198 (Tex. App.—Texarkana 2002, orig. proceeding) ("When no written order is made, the movant's right to appeal is negated.").

/s/    CRAIG STODDART
          JUSTICE